## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SOUTHEAST MISSOURI HOSPITAL     v. BARD                         No. 08CV2128-JM(LSP)

HON. LEO S. PAPAS          CT. DEPUTY JENNIFER YAHL      Rptr. _____

                                    Attorneys
     Plaintiffs                                              Defendants

In consideration of Defendant Bard's Notice of Withdrawal, the Motion to Compel is moot and, therefore, DENIED without prejudice. (Doc. No. 1)

  X    Copies to:  Counsel of Record         _____  Notified by Telephone

DATED: November 21, 2008

                                            _____
                                            Hon. Leo S. Papas
                                            U.S. Magistrate Judge